# Exhibit C-1

**US 6,959,350**

Analysis of Infringement of U.S. Patent No. 6,959,350 by Fitness International, LLC d/b/a LA Fitness
(Based on Public Information Only)

Near Field Electronics LLC ("Near Field") provides this preliminary and exemplary infringement analysis with respect infringement of U.S. Patent No. 6,959,350, entitled "Configurable USB Interface with Virtual Register Architecture" (the "'350 patent") by Fitness International, LLC d/b/a LA Fitness ("LAF"). The following chart illustrates an exemplary analysis regarding infringement by LAF's NXP PN512 NFC Front-End or NFC front-end components with similar NFC functionality to the NXP PN512 (collectively, the "Accused Instrumentalities").

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Instrumentalities, as LAF has not yet provided any non-public information.

Unless otherwise noted, Near Field contends that LAF directly infringes the '350 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Accused Instrumentalities. The following exemplary analysis demonstrates that infringement.

Unless otherwise noted, Near Field believes and contends that each element of each claim asserted herein is literally met through LAF's provision of the Accused Instrumentalities. However, to the extent that LAF attempts to allege that any asserted claim element is not literally met, Near Field believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Accused Instrumentalities, Near Field did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Accused Instrumentalities, as set forth herein. In each instance, the identified feature of the Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

Near Field notes that the present claim chart and analysis are necessarily preliminary in that Near Field has not obtained substantial discovery from LAF nor has LAF disclosed any detailed analysis for its non-infringement position, if any. Further, Near Field does not have the benefit of claim construction or expert discovery. Near Field reserves the right to supplement and/or amend the positions taken in this preliminary and exemplary infringement analysis, including with respect to literal infringement and infringement under the doctrine of equivalents, if and when warranted by further information obtained by Near Field, including but not limited to information adduced through information exchanges between the parties, fact discovery, claim construction, expert discovery, and/or further analysis.

**US 6,959,350**

| Claim # | Accused Instrumentalities |
|---|---|
| 10. A method for configuring an interface controller, comprising: | The Accused Instrumentalities perform a method for configuring an interface controller.<br><br>The Accused Instrumentalities comprise the NFC Front-End component(s) of credit card reader Proximity Coupling Devices used by LAF, such as the Ingenico iSC Touch 480.<br><br><br><br>Photo taken by Plaintiff at 5080 Main St, Frisco, TX 75033 |

**US 6,959,350**

| Claim # | Accused Instrumentalities |
| --- | --- |
| | <br><br>Plaintiff Teardown of Ingenico iSC Touch 480 device |

**US 6,959,350**

| Claim # | Accused Instrumentalities |
|---|---|
| | NXP Semiconductors PN512<br>Full NFC frontend<br><br><br>**Fig 2. Detailed block diagram of the PN512** |

| Claim # | Accused Instrumentalities |
|---|---|
| receiving a configuration request from a host requesting particular structure and characteristics of one or more endpoints; | The Accused Instrumentalities perform the step of receiving a configuration request from a host requesting particular structure and characteristics of one or more endpoints, which are the PN512 internal processing component(s) and a host microcontroller<br><br>This step is performed when the Accused Instrumentalities receive the logic levels from the host to the control pins after the reset phase.<br><br>**9.1 Automatic microcontroller interface detection**<br><br>The PN512 supports direct interfacing of hosts using SPI, I$^2$C-bus or serial UART interfaces. The PN512 resets its interface and checks the current host interface type automatically after performing a power-on or hard reset. The PN512 identifies the host interface by sensing the logic levels on the control pins after the reset phase. This is done using a combination of fixed pin connections. Table 141 shows the different connection configurations.<br><br>PN512 Product Data Sheet Rev. 5.3, 2020, Section 9.1 at 68. |

US 6,959,350

| Claim # | Accused Instrumentalities |
|---|---|
| | (tables below) |

**Table 141. Connection protocol for detecting different interface types**

| Pin | Interface type | | |
|---|---|---|---|
| | UART (input) | SPI (output) | I²C-bus (I/O) |
| SDA | RX | NSS | SDA |
| I²C | 0 | 0 | 1 |
| EA | 0 | 1 | EA |
| D7 | TX | MISO | SCL |
| D6 | MX | MOSI | ADR_0 |
| D5 | DTRQ | SCK | ADR_1 |
| D4 | - | - | ADR_2 |
| D3 | - | - | ADR_3 |
| D2 | - | - | ADR_4 |
| D1 | - | - | ADR_5 |

**Table 142. Connection scheme for detecting the different interface types**

| PN512 | Parallel Interface Type | | | | Serial Interface Types | | |
|---|---|---|---|---|---|---|---|
| | Separated Read/Write Strobe | | Common Read/Write Strobe | | | | |
| Pin | Dedicated Address Bus | Multiplexed Address Bus | Dedicated Address Bus | Multiplexed Address Bus | UART | SPI | I²C |
| ALE | 1 | ALE | 1 | AS | RX | NSS | SDA |
| A5[1] | A5 | 0 | A5 | 0 | 0 | 0 | 0 |
| A4[1] | A4 | 0 | A4 | 0 | 0 | 0 | 0 |
| A3[1] | A3 | 0 | A3 | 0 | 0 | 0 | 0 |
| A2[1] | A2 | 1 | A2 | 1 | 0 | 0 | 0 |
| A1 | A1 | 1 | A1 | 1 | 0 | 0 | 1 |
| A0 | A0 | 1 | A0 | 0 | 0 | 1 | EA |
| NRD[1] | NRD | NRD | NDS | NDS | 1 | 1 | 1 |
| NWR[1] | NWR | NWR | RD/NWR | RD/NWR | 1 | 1 | 1 |
| NCS[1] | NCS | NCS | NCS | NCS | NCS | NCS | NCS |
| D7 | D7 | D7 | D7 | D7 | TX | MISO | SCL |
| D6 | D6 | D6 | D6 | D6 | MX | MOSI | ADR_0 |
| D5 | D5 | AD5 | D5 | AD5 | DTRQ | SCK | ADR_1 |
| D4 | D4 | AD4 | D4 | AD4 | - | - | ADR_2 |
| D3 | D3 | AD3 | D3 | AD3 | - | - | ADR_3 |
| D2 | D2 | AD2 | D2 | AD2 | - | - | ADR_4 |
| D1 | D1 | AD1 | D1 | AD1 | - | - | ADR_5 |
| D0 | D0 | AD0 | D0 | AD0 | - | - | ADR_6 |
| **Remark: Overview on the pin behavior** | | | | | | | |
| Pin behavior | Input | | Output | In/Out | | | |

**US 6,959,350**

| Claim # | Accused Instrumentalities |
|---|---|
| forwarding the configuration request to a device processor coupled to the host; | The Accused Instrumentalities perform the step of forwarding the configuration request to a device processor coupled to the host.<br><br>The Accused Instrumentalities comprise a processor, i.e. the Accused Instrumentalities process input signals and produce output signals with embedded digital control logic which, on information and belief, receives the forwarded configuration request.<br><br>**18.1 General description**<br><br>The PN512 operation is determined by a state machine capable of performing a set of commands. A command is executed by writing a command code (see Table 158) to the CommandReg register.<br><br>Arguments and/or data necessary to process a command are exchanged via the FIFO buffer.<br><br>PN512 Product Data Sheet Rev. 5.3, 2020, Section 18.1 at 100. |

**US 6,959,350**

| Claim # | Accused Instrumentalities |
|---|---|
| | **12. FIFO buffer**<br><br>An 8 × 64 bit FIFO buffer is used in the PN512. It buffers the input and output data stream between the host and the PN512's internal state machine. This makes it possible to manage data streams up to 64 bytes long without the need to take timing constraints into account.<br><br>PN512 Product Data Sheet Rev. 5.3, 2020, Section 12 at 94. |

**US 6,959,350**

| Claim # | Accused Instrumentalities |
|---|---|
| | NXP Semiconductors **PN512**<br>Full NFC frontend<br><br>**Fig 2. Detailed block diagram of the PN512** |

**US 6,959,350**

| Claim # | Accused Instrumentalities |
|---|---|
| | PN512 Product Data Sheet Rev. 5.3, 2020, Figure 2 at 7. |
| receiving configuration values back from the device processor associated with the configuration request; and | The Accused Instrumentalities perform the step of receiving configuration values back from the device processor associated with the configuration request.<br><br>On information and belief, the device processor in the Accused Instrumentalities sends back configuration values, such as the detected interface type (e.g., SPI, I2C) and related settings (e.g., I2C address latching based on pin EA), providing these as configuration values to the interface controller. |

**US 6,959,350**

| Claim # | Accused Instrumentalities |
| --- | --- |
| | **9.2 Serial Peripheral Interface**<br><br>A serial peripheral interface (SPI compatible) is supported to enable high-speed communication to the host. The interface can handle data speeds up to 10 Mbit/s. When communicating with a host, the PN512 acts as a slave, receiving data from the external host for register settings, sending and receiving data relevant for RF interface communication.<br><br>An interface compatible with SPI enables high-speed serial communication between the PN512 and a microcontroller. The implemented interface is in accordance with the SPI standard.<br><br>The timing specification is given in Section 25.1 on page 117.<br><br><br><br>**Fig 13. SPI connection to host**<br><br>The PN512 acts as a slave during SPI communication. The SPI clock signal SCK must be generated by the master. Data communication from the master to the slave uses the MOSI line. The MISO line is used to send data from the PN512 to the master.<br><br>Data bytes on both MOSI and MISO lines are sent with the MSB first. Data on both MOSI and MISO lines must be stable on the rising edge of the clock and can be changed on the falling edge. Data is provided by the PN512 on the falling clock edge and is stable during the rising clock edge.<br><br>PN512 Product Data Sheet Rev. 5.3, 2020, Section 9.2 at 70. |

US 6,959,350

<table>
<tr><th>Claim #</th><th>Accused Instrumentalities</th></tr>
<tr><td></td><td>

**9.3 UART interface**

**9.3.1 Connection to a host**




**Fig 14. UART connection to microcontrollers**

**Remark:** Signals DTRQ and MX can be disabled by clearing TestPinEnReg register's RS232LineEn bit.

**9.3.2 Selectable UART transfer speeds**

The internal UART interface is compatible with an RS232 serial interface.

The default transfer speed is 9.6 kBd. To change the transfer speed, the host controller must write a value for the new transfer speed to the SerialSpeedReg register. Bits BR_T0[2:0] and BR_T1[4:0] define the factors for setting the transfer speed in the SerialSpeedReg register.

The BR_T0[2:0] and BR_T1[4:0] settings are described in Table 10. Examples of different transfer speeds and the relevant register settings are given in Table 11.

PN512 Product Data Sheet Rev. 5.3, 2020, Section 9.3 at 71.

</td></tr>
</table>

**US 6,959,350**

| Claim # | Accused Instrumentalities |
| --- | --- |
| | **9.4 I²C Bus Interface**<br>An I²C-bus (Inter-IC) interface is supported to enable a low-cost, low pin count serial bus interface to the host. The I²C-bus interface is implemented according to NXP Semiconductors' *I²C-bus interface specification, rev. 2.1, January 2000*. The interface can only act in Slave mode. Therefore the PN512 does not implement clock generation or access arbitration.<br><br><br>**Fig 17. I²C-bus interface**<br>The PN512 can act either as a slave receiver or slave transmitter in Standard mode, Fast mode and High-speed mode.<br>SDA is a bidirectional line connected to a positive supply voltage using a current source or a pull-up resistor. Both SDA and SCL lines are set HIGH when data is not transmitted. The PN512 has a 3-state output stage to perform the wired-AND function. Data on the I²C-bus can be transferred at data rates of up to 100 kBd in Standard mode, up to 400 kBd in Fast mode or up to 3.4 Mbit/s in High-speed mode.<br>If the I²C-bus interface is selected, spike suppression is activated on lines SCL and SDA as defined in the I²C-bus interface specification.<br>See Table 171 on page 117 for timing requirements.<br><br>PN512 Product Data Sheet Rev. 5.3, 2020, Section 9.4 at 75. |

<table>
<tr><th>Claim #</th><th>Accused Instrumentalities</th></tr>
<tr><td></td><td>

**9.4.5 7-Bit addressing**

During the $I^2C$-bus address procedure, the first byte after the START condition is used to determine which slave will be selected by the master.

Several address numbers are reserved. During device configuration, the designer must ensure that collisions with these reserved addresses cannot occur. Check the *$I^2C$-bus specification* for a complete list of reserved addresses.

The $I^2C$-bus address specification is dependent on the definition of pin EA. Immediately after releasing pin NRSTPD or after a power-on reset, the device defines the $I^2C$-bus address according to pin EA.

If pin EA is set LOW, the upper 4 bits of the device bus address are reserved by NXP Semiconductors and set to 0101b for all PN512 devices. The remaining 3 bits (ADR_0, ADR_1, ADR_2) of the slave address can be freely configured by the customer to prevent collisions with other $I^2C$-bus devices.

If pin EA is set HIGH, ADR_0 to ADR_5 can be completely specified at the external pins according to Table 141 on page 69. ADR_6 is always set to logic 0.

In both modes, the external address coding is latched immediately after releasing the reset condition. Further changes at the used pins are not taken into consideration. Depending on the external wiring, the $I^2C$-bus address pins can be used for test signal outputs.




**Fig 22. First byte following the START procedure**

PN512 Product Data Sheet Rev. 5.3, 2020, Section 9.4.5 at 78.

</td></tr>
</table>

**US 6,959,350**

<table>
<tr><th>Claim #</th><th>Accused Instrumentalities</th></tr>
<tr><td></td><td>


</td></tr>
</table>

**US 6,959,350**

| Claim # | Accused Instrumentalities |
|---|---|
| using the selected configuration parameters to configure the interface controller. | The Accused Instrumentalities perform the step of using the selected configuration parameters to configure the interface controller.<br><br>**9.1 Automatic microcontroller interface detection**<br><br>The PN512 supports direct interfacing of hosts using SPI, $I^2C$-bus or serial UART interfaces. The PN512 resets its interface and checks the current host interface type automatically after performing a power-on or hard reset. The PN512 identifies the host interface by sensing the logic levels on the control pins after the reset phase. This is done using a combination of fixed pin connections. Table 141 shows the different connection configurations.<br><br>PN512 Product Data Sheet Rev. 5.3, 2020, Section 9.1 at 68. |